COMMISSIONER OF INTERNAL REVENUE
v. COOPER ET AL.

No. 262. Decided May 17, 1965.

*Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for petitioner.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment is reversed. *Paragon Jewel Coal Co.* v. *Commissioner of Internal Revenue,* 380 U. S. 624.

MR. JUSTICE BLACK and MR. JUSTICE GOLDBERG dissent for the reasons stated in MR. JUSTICE GOLDBERG's dissenting opinion in *Paragon Jewel Coal Co.* v. *Commissioner of Internal Revenue,* 380 U. S., at 639.

ALLEN v. HOFFIUS ET AL.

No. 994, Misc. Decided May 17, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.